UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,      )
                               )
  Plaintiff(s),              )
                               )
vs.                            )          2:10-cr-565-RLH-PAL
                               )
NICHOLAS BICKLE,               )
                               )
                               )
  Defendant(s).              )
_____)

    This Court having ordered the jury impaneled in the above-entitled action to be kept together during period(s) of deliberation, now, therefore,

    IT IS ORDERED that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of Court for October 5 and 6, 2011.

DATED this _7th_ day of _October,_ 2011.

                                                                    ROGER L. HUNT
                                                                    U. S. DISTRICT JUDGE