**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:10-CR-565-RLH (PAL) |
| | ) | |
| NICHOLAS BICKLE, | ) | |
| | ) | |
| Defendant. | ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on October 7, 2011, defendant NICHOLAS BICKLE was found guilty on the following Counts:

| | |
|---|---|
| Count One of the Third Superseding Criminal Indictment | Conspiracy 18 U.S.C. § 371 |
| Count Two of the Third Superseding Criminal Indictment | Dealing in Firearms Without a License in violation of 18 U.S.C. § 922(a)(1)(A) |
| Counts Five through Eight of the Third Superseding Criminal Indictment | Unlawful possession and transfer of machineguns in violation of 18 U.S.C. § 922(o) |
| Counts Nine through Thirteen of the Third Superseding Criminal Indictment | Unlawful possession, concealment, sale and disposition of stolen firearms in violation of 18 U.S.C. § 922(j) |
| Count Fourteen of the Third Superseding Criminal Indictment | Receiving, Concealing, and Retaining Property of the United States in violation of 18 U.S.C. § 641 |

| | |
|---|---|
| Count Fifteen of the Third Superseding Criminal Indictment | Transportation by, and Distribution of Explosives to, a Non-Licensee in violation of 18 U.S.C. § 842(a)(3) |

Document #191, #193.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1), and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Third Superseding Criminal Indictment and the offenses to which defendant NICHOLAS BICKLE has been found guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p):

<u>Count One</u>:

(a) Model PMKMS, 7.62 x 39 mm caliber machinegun, serial number KM15107
Model AIM / PM63, 7.62 x 39 mm caliber machinegun, serial number FG0211
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 596014
Izhevsk Model AKMS, 7.62 x 39 mm caliber machinegun, serial number 219291
Model AIM / PM63 (AKM-type), 7.62 x 39 mm caliber machinegun, serial number NU4956
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 981151
Izhevsk Model AKM, 7.62 x 39 mm caliber machinegun bearing number B1601
Model AKK (AK-47), 7.62 x 39 mm caliber machinegun, serial number KO 154011
Model AIMS/PM65 (AKM-type), 7.62 x 39 mm caliber machine gun, serial number AF2192
AKM-Type, 7.62 x 39 mm caliber machinegun, serial number UM-7313-05
Model Tabuk (AKM-Type), 7.62 x 39 mm caliber machinegun, serial number 8037669
Zastava Arms, Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number B-95917
Ruger Model P-95, 9 mm pistol, serial number 314-38221
Ruger Model P-95, 9 mm pistol, serial number 315-58276
Ruger Model P-95, 9 mm pistol, serial number 315-65017
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 842782
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 596085
Norinco Model 56-1 7.62 x 39 mm caliber machinegun, serial number 26022877
Tula Model AKM 7.62 x 39 mm caliber machinegun, serial number 597584
Zastava Arms Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number B-96106
Zastava Arms Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number 602379

Ruger Model P-95, 9 mm pistol, serial number 314-39509
Ruger Model P-95, 9 mm pistol, serial number 315-65022
Model PSL, 7.62 x 54R mm machinegun, serial number N-4250
PKM type 7.62 x 54R mm machinegun, serial number F-3452
Norinco Model 56 7.62 x 39 mm caliber machinegun, serial number 401731
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 598675
Enfield Model MP-5, 9 mm caliber machinegun, serial number C49892
Beretta Pietro S.P.A., Model 12S, 9 mm caliber machinegun, serial number F08191-80
CZ Model VZ58, 7.62 x 39 mm caliber machinegun, serial number U66335
Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83566
Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83587
Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83683
Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83692
Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 82296
AIM/PM63 (AKM Type) 7.62 x 39 mm caliber machinegun, serial number SH2783
Ruger Model P-95, 9 mm pistol, serial number 314-34728
Ruger Model P-95, 9 mm pistol, serial number 314-34729
Ruger Model P-95, 9 mm pistol, serial number 315-65178
Ruger Model P-95, 9 mm pistol, serial number 315-65182
Ruger Model P-95, 9 mm pistol, serial number 315-63353
Ruger Model P-95, 9 mm pistol, serial number 314-35165
Ruger Model P-95, 9 mm pistol, serial number 314-39389
Ruger Model P-95, 9 mm pistol, serial number 315-64373
Glock Model 19, 9mm pistol, serial number GND176
(b) any and all ammunition, and
(c) an in personam money judgment in the amount of $31,000.00 in United States Currency.

The following assets are subject to forfeiture pursuant to Title 26, United States Code, Section 5872; and Title 21, United States Code, Section 853(p):

Count Two:

(a) Model PMKMS, 7.62 x 39 mm caliber machinegun, serial number KM15107
Model AIM / PM63, 7.62 x 39 mm caliber machinegun, serial number FG0211
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 596014
Izhevsk Model AKMS, 7.62 x 39 mm caliber machinegun, serial number 219291
Model AIM / PM63 (AKM-type), 7.62 x 39 mm caliber machinegun, serial number NU4956
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 981151
Izhevsk Model AKM, 7.62 x 39 mm caliber machinegun bearing number B1601
Model AKK (AK-47), 7.62 x 39 mm caliber machinegun, serial number KO 154011
Model AIMS/PM65 (AKM-type), 7.62 x 39 mm caliber machine gun, serial number AF2192
AKM-Type, 7.62 x 39 mm caliber machinegun, serial number UM-7313-05
Model Tabuk (AKM-Type), 7.62 x 39 mm caliber machinegun, serial number 8037669

3

        Zastava Arms, Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number B-95917
        Ruger Model P-95, 9 mm pistol, serial number 314-38221
        Ruger Model P-95, 9 mm pistol, serial number 315-58276
        Ruger Model P-95, 9 mm pistol, serial number 315-65017
        Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 842782
        Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 596085
        Norinco Model 56-1 7.62 x 39 mm caliber machinegun, serial number 26022877
        Tula Model AKM 7.62 x 39 mm caliber machinegun, serial number 597584
        Zastava Arms Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number B-96106
        Zastava Arms Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number 602379
        Ruger Model P-95, 9 mm pistol, serial number 314-39509
        Ruger Model P-95, 9 mm pistol, serial number 315-65022
        Model PSL, 7.62 x 54R mm machinegun, serial number N-4250
        PKM type 7.62 x 54R mm machinegun, serial number F-3452
        Norinco Model 56 7.62 x 39 mm caliber machinegun, serial number 401731
        Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 598675
        Enfield Model MP-5, 9 mm caliber machinegun, serial number C49892
        Beretta Pietro S.P.A., Model 12S, 9 mm caliber machinegun, serial number F08191-80
        CZ Model VZ58, 7.62 x 39 mm caliber machinegun, serial number U66335
        Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83566
        Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83587
        Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83683
        Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83692
        Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 82296
        AIM/PM63 (AKM Type) 7.62 x 39 mm caliber machinegun, serial number SH2783
        Ruger Model P-95, 9 mm pistol, serial number 314-34728
        Ruger Model P-95, 9 mm pistol, serial number 314-34729
        Ruger Model P-95, 9 mm pistol, serial number 315-65178
        Ruger Model P-95, 9 mm pistol, serial number 315-65182
        Ruger Model P-95, 9 mm pistol, serial number 315-63353
        Ruger Model P-95, 9 mm pistol, serial number 314-35165
        Ruger Model P-95, 9 mm pistol, serial number 314-39389
        Ruger Model P-95, 9 mm pistol, serial number 315-64373
        Glock Model 19, 9mm pistol, serial number GND176

    (b)    any and all ammunition, and

    (c)    an in personam money judgment in the amount of $31,000.00 in United States Currency.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p):

. . .

Counts Five through Eight:

    (a)        Model AIM / PM63 (AKM-type), 7.62 x 39 mm caliber machinegun, serial number NU4956
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 981151
Izhevsk Model AKM, 7.62 x 39 mm caliber machinegun bearing number B1601
Model AKK (AK-47), 7.62 x 39 mm caliber machinegun, serial number KO 154011
Model AIMS/PM65 (AKM-type), 7.62 x 39 mm caliber machine gun, serial number AF2192
AKM-Type, 7.62 x 39 mm caliber machinegun, serial number UM-7313-05
Model Tabuk (AKM-Type), 7.62 x 39 mm caliber machinegun, serial number 8037669
Zastava Arms, Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number B-95917
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 842782
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 596085
Norinco Model 56-1 7.62 x 39 mm caliber machinegun, serial number 26022877
Tula Model AKM 7.62 x 39 mm caliber machinegun, serial number 597584
Zastava Arms Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number B-96106
Zastava Arms Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number 602379
Model PSL, 7.62 x 54R mm machinegun, serial number N-4250
PKM type 7.62 x 54R mm machinegun, serial number F-3452
Norinco Model 56 7.62 x 39 mm caliber machinegun, serial number 401731
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 598675
Enfield Model MP-5, 9 mm caliber machinegun, serial number C49892
Beretta Pietro S.P.A., Model 12S, 9 mm caliber machinegun, serial number F08191-80
CZ Model VZ58, 7.62 x 39 mm caliber machinegun, serial number U66335
Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83566
Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83587
Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83683
Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83692
Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 82296
AIM/PM63 (AKM Type) 7.62 x 39 mm caliber machinegun, serial number SH2783

    (b)        any and all ammunition, and

    (c)        an in personam money judgment in the amount of $29,500.00 in United States Currency.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p):

. . .

. . .

Counts Nine through Thirteen:

 (a) Ruger Model P-95, 9 mm pistol, serial number 314-38221
   Ruger Model P-95, 9 mm pistol, serial number 315-58276
   Ruger Model P-95, 9 mm pistol, serial number 315-65017
   Ruger Model P-95, 9 mm pistol, serial number 314-39509
   Ruger Model P-95, 9 mm pistol, serial number 315-65022
   Ruger Model P-95, 9 mm pistol, serial number 314-34728
   Ruger Model P-95, 9 mm pistol, serial number 314-34729
   Ruger Model P-95, 9 mm pistol, serial number 315-65178
   Ruger Model P-95, 9 mm pistol, serial number 315-65182
   Ruger Model P-95, 9 mm pistol, serial number 315-63353
   Ruger Model P-95, 9 mm pistol, serial number 314-35165
   Ruger Model P-95, 9 mm pistol, serial number 314-39389
   Ruger Model P-95, 9 mm pistol, serial number 315-64373
   Glock Model 19, 9mm pistol, serial number GND176
 (b) any and all ammunition, and
 (c) an in personam money judgment in the amount of $1,500.00 in United States Currency.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of NICHOLAS BICKLE in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
2 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
3 following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this __21st__ day of ____October____, 2011.

```
                                   _____
                                   UNITED STATES DISTRICT JUDGE
```