UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS BICKLE,<br><br>Defendant. | Case # 2:10-CR-565-RLH (PAL)<br><br>**MINUTE ORDER** |

Upon agreement of the parties and good cause appearing, IT IS HEREBY ORDERED that Defendant shall be transported by his parents to self-surrender to the U.S. Marshal for the District of Nevada by 9:00 a.m. on December 27th, 2011. IT IS FURTHER ORDERED that Defendant remain on electronic monitoring until his self-surrender.

_____
UNITED STATES DISTRICT JUDGE

SIGNED this 23rd Day of December, 2011.