# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:10-CR-565-RLH (PAL) |
| | ) | |
| NICHOLAS BICKLE, | ) | |
| | ) | |
| Defendant. | ) | |

## SECOND AMENDED PRELIMINARY ORDER OF FORFEITURE

This Court finds that on October 7, 2011, defendant NICHOLAS BICKLE was found guilty on the following Counts:

| | |
|---|---|
| Count One of the Third Superseding Criminal Indictment | Conspiracy 18 U.S.C. § 371 |
| Count Two of the Third Superseding Criminal Indictment | Dealing in Firearms Without a License in violation of 18 U.S.C. § 922(a)(1)(A) |
| Counts Five through Eight of the Third Superseding Criminal Indictment | Unlawful possession and transfer of machineguns in violation of 18 U.S.C. § 922(o) |
| Counts Nine through Thirteen of the Third Superseding Criminal Indictment | Unlawful possession, concealment, sale and disposition of stolen firearms in violation of 18 U.S.C. § 922(j) |
| Count Fourteen of the Third Superseding Criminal Indictment | Receiving, Concealing, and Retaining Property of the United States in violation of 18 U.S.C. § 641 |
| Count Fifteen of the Third Superseding Criminal Indictment | Transportation by, and Distribution of Explosives to, a Non-Licensee in violation of 18 U.S.C. § 842(a)(3) |

1 Document #191, #193.

2     This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1), and (2), the United States of America

3 has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Third

4 Superseding Criminal Indictment and the offenses to which defendant NICHOLAS BICKLE has

5 been found guilty.

6 **Count One**:

7     The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section

8 924(d)(1) and Title 28, United States Code, Section 2461(c):

    (a)    Model PMKMS, 7.62 x 39 mm caliber machinegun, serial number KM15107
Model AIM / PM63, 7.62 x 39 mm caliber machinegun, serial number FG0211
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 596014
Izhevsk Model AKMS, 7.62 x 39 mm caliber machinegun, serial number 219291
Model AIM / PM63 (AKM-type), 7.62 x 39 mm caliber machinegun, serial number NU4956
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 981151
Izhevsk Model AKM, 7.62 x 39 mm caliber machinegun bearing number B1601
Model AKK (AK-47), 7.62 x 39 mm caliber machinegun, serial number KO 154011
Model AIMS/PM65 (AKM-type), 7.62 x 39 mm caliber machine gun, serial number AF2192
AKM-Type, 7.62 x 39 mm caliber machinegun, serial number UM-7313-05
Model Tabuk (AKM-Type), 7.62 x 39 mm caliber machinegun, serial number 8037669
Zastava Arms, Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number B-95917
Ruger Model P-95, 9 mm pistol, serial number 314-38221
Ruger Model P-95, 9 mm pistol, serial number 315-58276
Ruger Model P-95, 9 mm pistol, serial number 315-65017
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 842782
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 596085
Norinco Model 56-1 7.62 x 39 mm caliber machinegun, serial number 26022877
Tula Model AKM 7.62 x 39 mm caliber machinegun, serial number 597584
Zastava Arms Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number B-96106
Zastava Arms Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number 602379
Ruger Model P-95, 9 mm pistol, serial number 314-39509
Ruger Model P-95, 9 mm pistol, serial number 315-65022
Model PSL, 7.62 x 54R mm machinegun, serial number N-4250
PKM type 7.62 x 54R mm machinegun, serial number F-3452
Norinco Model 56 7.62 x 39 mm caliber machinegun, serial number 401731
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 598675

    Enfield Model MP-5, 9 mm caliber machinegun, serial number C49892
    Beretta Pietro S.P.A., Model 12S, 9 mm caliber machinegun, serial number F08191-80
    CZ Model VZ58, 7.62 x 39 mm caliber machinegun, serial number U66335
    Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83566
    Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83587
    Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83683
    Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83692
    Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 82296
    AIM/PM63 (AKM Type) 7.62 x 39 mm caliber machinegun, serial number SH2783
    Ruger Model P-95, 9 mm pistol, serial number 314-34728
    Ruger Model P-95, 9 mm pistol, serial number 314-34729
    Ruger Model P-95, 9 mm pistol, serial number 315-65178
    Ruger Model P-95, 9 mm pistol, serial number 315-65182
    Ruger Model P-95, 9 mm pistol, serial number 315-63353
    Ruger Model P-95, 9 mm pistol, serial number 314-35165
    Ruger Model P-95, 9 mm pistol, serial number 314-39389
    Ruger Model P-95, 9 mm pistol, serial number 315-64373
    Glock Model 19, 9mm pistol, serial number GND176
    Sig Sauer, Model P220, .45 caliber pistol, serial number G369927
    Star, Bonifacio Echeverria, Model Gold Setra 2002, 9mm pistol, serial number 60519
    Beretta, Pietro S.P.A., Model 92S, 9mm pistol, serial number X22657Z
    Astra, Model 800, 9mm pistol, serial number 830267, and
  (b)  any and all ammunition.

**Count Two**:

The following assets are subject to forfeiture pursuant to Title 26, United States Code, Section 5872:

  (a)  Model PMKMS, 7.62 x 39 mm caliber machinegun, serial number KM15107
    Model AIM / PM63, 7.62 x 39 mm caliber machinegun, serial number FG0211
    Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 596014
    Izhevsk Model AKMS, 7.62 x 39 mm caliber machinegun, serial number 219291
    Model AIM / PM63 (AKM-type), 7.62 x 39 mm caliber machinegun, serial number NU4956
    Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 981151
    Izhevsk Model AKM, 7.62 x 39 mm caliber machinegun bearing number B1601
    Model AKK (AK-47), 7.62 x 39 mm caliber machinegun, serial number KO 154011
    Model AIMS/PM65 (AKM-type), 7.62 x 39 mm caliber machine gun, serial number AF2192
    AKM-Type, 7.62 x 39 mm caliber machinegun, serial number UM-7313-05
    Model Tabuk (AKM-Type), 7.62 x 39 mm caliber machinegun, serial number 8037669
    Zastava Arms, Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number B-95917
    Ruger Model P-95, 9 mm pistol, serial number 314-38221
    Ruger Model P-95, 9 mm pistol, serial number 315-58276

| | | |
|---|---|---|
| 1 | | Ruger Model P-95, 9 mm pistol, serial number 315-65017 |
| | | Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 842782 |
| 2 | | Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 596085 |
| | | Norinco Model 56-1 7.62 x 39 mm caliber machinegun, serial number 26022877 |
| 3 | | Tula Model AKM 7.62 x 39 mm caliber machinegun, serial number 597584 |
| | | Zastava Arms Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number B-96106 |
| 4 | | |
| | | Zastava Arms Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number 602379 |
| 5 | | |
| | | Ruger Model P-95, 9 mm pistol, serial number 314-39509 |
| 6 | | Ruger Model P-95, 9 mm pistol, serial number 315-65022 |
| | | Model PSL, 7.62 x 54R mm machinegun, serial number N-4250 |
| 7 | | PKM type 7.62 x 54R mm machinegun, serial number F-3452 |
| | | Norinco Model 56 7.62 x 39 mm caliber machinegun, serial number 401731 |
| 8 | | Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 598675 |
| | | Enfield Model MP-5, 9 mm caliber machinegun, serial number C49892 |
| 9 | | Beretta Pietro S.P.A., Model 12S, 9 mm caliber machinegun, serial number F08191-80 |
| 10 | | CZ Model VZ58, 7.62 x 39 mm caliber machinegun, serial number U66335 |
| | | Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83566 |
| 11 | | Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83587 |
| | | Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83683 |
| 12 | | Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83692 |
| | | Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 82296 |
| 13 | | AIM/PM63 (AKM Type) 7.62 x 39 mm caliber machinegun, serial number SH2783 |
| | | Ruger Model P-95, 9 mm pistol, serial number 314-34728 |
| 14 | | Ruger Model P-95, 9 mm pistol, serial number 314-34729 |
| | | Ruger Model P-95, 9 mm pistol, serial number 315-65178 |
| 15 | | Ruger Model P-95, 9 mm pistol, serial number 315-65182 |
| | | Ruger Model P-95, 9 mm pistol, serial number 315-63353 |
| 16 | | Ruger Model P-95, 9 mm pistol, serial number 314-35165 |
| | | Ruger Model P-95, 9 mm pistol, serial number 314-39389 |
| 17 | | Ruger Model P-95, 9 mm pistol, serial number 315-64373 |
| | | Glock Model 19, 9mm pistol, serial number GND176 |
| 18 | | Sig Sauer, Model P220, .45 caliber pistol, serial number G369927 |
| | | Star, Bonifacio Echeverria, Model Gold Setra 2002, 9mm pistol, serial number 60519 |
| 19 | | Beretta, Pietro S.P.A., Model 92S, 9mm pistol, serial number X22657Z |
| | | Astra, Model 800, 9mm pistol, serial number 830267, and |
| 20 | (b) | any and all ammunition. |

21 **Counts Five through Eight**:

22 The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section

23 924(d)(1) and Title 28, United States Code, Section 2461(c):

24     (a)    Model AIM / PM63 (AKM-type), 7.62 x 39 mm caliber machinegun, serial number NU4956

25               Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 981151

Izhevsk Model AKM, 7.62 x 39 mm caliber machinegun bearing number B1601
Model AKK (AK-47), 7.62 x 39 mm caliber machinegun, serial number KO 154011
Model AIMS/PM65 (AKM-type), 7.62 x 39 mm caliber machine gun, serial number AF2192
AKM-Type, 7.62 x 39 mm caliber machinegun, serial number UM-7313-05
Model Tabuk (AKM-Type), 7.62 x 39 mm caliber machinegun, serial number 8037669
Zastava Arms, Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number B-95917
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 842782
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 596085
Norinco Model 56-1 7.62 x 39 mm caliber machinegun, serial number 26022877
Tula Model AKM 7.62 x 39 mm caliber machinegun, serial number 597584
Zastava Arms Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number B-96106
Zastava Arms Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number 602379
Model PSL, 7.62 x 54R mm machinegun, serial number N-4250
PKM type 7.62 x 54R mm machinegun, serial number F-3452
Norinco Model 56 7.62 x 39 mm caliber machinegun, serial number 401731
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 598675
Enfield Model MP-5, 9 mm caliber machinegun, serial number C49892
Beretta Pietro S.P.A., Model 12S, 9 mm caliber machinegun, serial number F08191-80
CZ Model VZ58, 7.62 x 39 mm caliber machinegun, serial number U66335
Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83566
Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83587
Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83683
Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83692
Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 82296
AIM/PM63 (AKM Type) 7.62 x 39 mm caliber machinegun, serial number SH2783, and

(b) any and all ammunition.

**Counts Nine through Thirteen**:

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

(a) Ruger Model P-95, 9 mm pistol, serial number 314-38221
Ruger Model P-95, 9 mm pistol, serial number 315-58276
Ruger Model P-95, 9 mm pistol, serial number 315-65017
Ruger Model P-95, 9 mm pistol, serial number 314-39509
Ruger Model P-95, 9 mm pistol, serial number 315-65022
Ruger Model P-95, 9 mm pistol, serial number 314-34728
Ruger Model P-95, 9 mm pistol, serial number 314-34729
Ruger Model P-95, 9 mm pistol, serial number 315-65178
Ruger Model P-95, 9 mm pistol, serial number 315-65182

          Ruger Model P-95, 9 mm pistol, serial number 315-63353
          Ruger Model P-95, 9 mm pistol, serial number 314-35165
          Ruger Model P-95, 9 mm pistol, serial number 314-39389
          Ruger Model P-95, 9 mm pistol, serial number 315-64373
          Glock Model 19, 9mm pistol, serial number GND176, and
(b)     any and all ammunition.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of NICHOLAS BICKLE in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

          Michael A. Humphreys
          Assistant United States Attorney
          Daniel D. Hollingsworth
          Assistant United States Attorney
          Lloyd D. George United States Courthouse
          333 Las Vegas Boulevard South, Suite 5000
          Las Vegas, Nevada 89101

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this __4th__ day of _____June_____, 2012.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individuals were served with a copy of the (proposed) Second Amended Preliminary Order of Forfeiture on June 1, 2012, by the below identified method of service:

CM/ECF:

James F. Pokorny
Law Office of James F. Pokorny
110 West C Street
San Diego, CA 92101
Email: james@jamespokornylaw.com
Counsel for Defendant Nicholas Bickle

John L. Arrascada
145 Ryland Street
Reno, NV 89501
Email: jla@arrascadalaw.com
Counsel for Defendant Nicholas Bickle

Patrick E. McDonald
McDonald Adras, LLC
601 South 7th Street
Las Vegas, NV 89101
Email: pat@lvbestdefense.com
Counsel for Defendant Nicholas Bickle

Ben Nadig
520 South 4th Street
Las Vegas, NV 89101
Email: ben@lasvegasdefenselawfirm.com
Counsel for Defendant Andrew Kaufman

George Allen Dale
Law Offices of G. Allen Dale, P.L.L.C.
575 7th Street, NW
Washington, DC 20004
Email: gallendale@aol.com
Counsel for Defendant Andrew Kaufman

David T. Brown
Brown, Brown & Premsrirut
520 S 4th Street 2nd Fl.
Las Vegas, NV 89101
Email: master@brownlawlv.com  Counsel for Defendant Andrew Kaufman
Counsel for Defendant Andrew Kaufman

Shari L. Kaufman
Federal Public Defender
411 E Bonneville Suite 250
Las Vegas, NV 89101
Email: Shari_Kaufman@fd.org
Counsel for Defendant Richard Paul

William C. Carrico
Federal Public Defender
411 E Bonneville Suite 250
Las Vegas, NV 89101
Email: Bernadette_Almeida@fd.org
Counsel for Defendant Richard Paul

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal