FILED

JUL 17 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NICHOLAS BICKLE,<br><br>    Defendant. | 2:10-CR-565-RLH-(PAL) |

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT NICHOLAS BICKLE

On June 4, 2012, the United States District Court for the District of Nevada entered a Second Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 26, United States Code, Section 5872, based upon the jury verdict finding defendant NICHOLAS BICKLE guilty of criminal offenses, forfeiting specific property alleged in the Third Superseding Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant NICHOLAS BICKLE was found guilty. Third Superseding Indictment, ECF No. 149; Jury Verdict, ECF No. 193; Second Amended Preliminary Order of Forfeiture, ECF No. 250.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); Title 26, United States Code, Section 5872; and Title 21, United States Code,

. . .

Section 853(n) that the forfeiture of the property named in the Second Amended Order of Forfeiture (ECF No. 250) is final as to defendant NICHOLAS BICKLE.

DATED this 17 day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE

2