# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,              )
                                       )
              Plaintiff,         )
                                       )
      v.                               )
                                       )   2:10-CR-565-RLH-(PAL)
NICHOLAS BICKLE,                       )
                                       )
              Defendant.         )

## FINAL ORDER OF FORFEITURE

On June 4, 2012 , the United States District Court for the District of Nevada entered a Second Amended Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 26, United States Code, Section 5872, based upon the jury verdict finding defendant NICHOLAS BICKLE guilty of criminal offenses, forfeiting specific property alleged in the Third Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant NICHOLAS BICKLE was found guilty. Third Superseding Criminal Indictment, ECF No. 149; Minutes of Jury Trial Proceedings, ECF No. 191; Second Amended Preliminary Order of Forfeiture, ECF No. 250; Jury Verdict, ECF No. 193.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 18, 2012, through October 17, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 294.

1     This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

    This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); Title 26, United States Code, Section 5872; and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

**Count One**:

    The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

(a)     Model PMKMS, 7.62 x 39 mm caliber machinegun, serial number KM15107
Model AIM / PM63, 7.62 x 39 mm caliber machinegun, serial number FG0211
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 596014
Izhevsk Model AKMS, 7.62 x 39 mm caliber machinegun, serial number 219291
Model AIM / PM63 (AKM-type), 7.62 x 39 mm caliber machinegun, serial number NU4956
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 981151
Izhevsk Model AKM, 7.62 x 39 mm caliber machinegun bearing number B1601
Model AKK (AK-47), 7.62 x 39 mm caliber machinegun, serial number KO 154011
Model AIMS/PM65 (AKM-type), 7.62 x 39 mm caliber machine gun, serial number AF2192
AKM-Type, 7.62 x 39 mm caliber machinegun, serial number UM-7313-05
Model Tabuk (AKM-Type), 7.62 x 39 mm caliber machinegun, serial number 8037669
Zastava Arms, Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number B-95917
Ruger Model P-95, 9 mm pistol, serial number 314-38221
Ruger Model P-95, 9 mm pistol, serial number 315-58276
Ruger Model P-95, 9 mm pistol, serial number 315-65017
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 842782
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 596085
Norinco Model 56-1 7.62 x 39 mm caliber machinegun, serial number 26022877
Tula Model AKM 7.62 x 39 mm caliber machinegun, serial number 597584
Zastava Arms Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number B-96106

Zastava Arms Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number 602379
Ruger Model P-95, 9 mm pistol, serial number 314-39509
Ruger Model P-95, 9 mm pistol, serial number 315-65022
Model PSL, 7.62 x 54R mm machinegun, serial number N-4250
PKM type 7.62 x 54R mm machinegun, serial number F-3452
Norinco Model 56 7.62 x 39 mm caliber machinegun, serial number 401731
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 598675
Enfield Model MP-5, 9 mm caliber machinegun, serial number C49892
Beretta Pietro S.P.A., Model 12S, 9 mm caliber machinegun, serial number F08191-80
CZ Model VZ58, 7.62 x 39 mm caliber machinegun, serial number U66335
Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83566
Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83587
Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83683
Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83692
Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 82296
AIM/PM63 (AKM Type) 7.62 x 39 mm caliber machinegun, serial number SH2783
Ruger Model P-95, 9 mm pistol, serial number 314-34728
Ruger Model P-95, 9 mm pistol, serial number 314-34729
Ruger Model P-95, 9 mm pistol, serial number 315-65178
Ruger Model P-95, 9 mm pistol, serial number 315-65182
Ruger Model P-95, 9 mm pistol, serial number 315-63353
Ruger Model P-95, 9 mm pistol, serial number 314-35165
Ruger Model P-95, 9 mm pistol, serial number 314-39389
Ruger Model P-95, 9 mm pistol, serial number 315-64373
Glock Model 19, 9mm pistol, serial number GND176
Sig Sauer, Model P220, .45 caliber pistol, serial number G369927
Star, Bonifacio Echeverria, Model Gold Setra 2002, 9mm pistol, serial number 60519
Beretta, Pietro S.P.A., Model 92S, 9mm pistol, serial number X22657Z
Astra, Model 800, 9mm pistol, serial number 830267, and
(b) any and all ammunition.

**Count Two**:

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

(a) Model PMKMS, 7.62 x 39 mm caliber machinegun, serial number KM15107
Model AIM / PM63, 7.62 x 39 mm caliber machinegun, serial number FG0211
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 596014
Izhevsk Model AKMS, 7.62 x 39 mm caliber machinegun, serial number 219291
Model AIM / PM63 (AKM-type), 7.62 x 39 mm caliber machinegun, serial number NU4956
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 981151
Izhevsk Model AKM, 7.62 x 39 mm caliber machinegun bearing number B1601
Model AKK (AK-47), 7.62 x 39 mm caliber machinegun, serial number KO 154011
Model AIMS/PM65 (AKM-type), 7.62 x 39 mm caliber machine gun, serial number AF2192

| | | |
|---|---|---|
| 1 | | AKM-Type, 7.62 x 39 mm caliber machinegun, serial number UM-7313-05 |
| 2 | | Model Tabuk (AKM-Type), 7.62 x 39 mm caliber machinegun, serial number 8037669 |
| 3 | | Zastava Arms, Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number B-95917 |
| 4 | | Ruger Model P-95, 9 mm pistol, serial number 314-38221 |
| | | Ruger Model P-95, 9 mm pistol, serial number 315-58276 |
| 5 | | Ruger Model P-95, 9 mm pistol, serial number 315-65017 |
| | | Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 842782 |
| 6 | | Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 596085 |
| | | Norinco Model 56-1 7.62 x 39 mm caliber machinegun, serial number 26022877 |
| 7 | | Tula Model AKM 7.62 x 39 mm caliber machinegun, serial number 597584 |
| | | Zastava Arms Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number B-96106 |
| 8 | | Zastava Arms Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number 602379 |
| 9 | | Ruger Model P-95, 9 mm pistol, serial number 314-39509 |
| | | Ruger Model P-95, 9 mm pistol, serial number 315-65022 |
| 10 | | Model PSL, 7.62 x 54R mm machinegun, serial number N-4250 |
| | | PKM type 7.62 x 54R mm machinegun, serial number F-3452 |
| 11 | | Norinco Model 56 7.62 x 39 mm caliber machinegun, serial number 401731 |
| | | Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 598675 |
| 12 | | Enfield Model MP-5, 9 mm caliber machinegun, serial number C49892 |
| 13 | | Beretta Pietro S.P.A., Model 12S, 9 mm caliber machinegun, serial number F08191-80 |
| | | CZ Model VZ58, 7.62 x 39 mm caliber machinegun, serial number U66335 |
| 14 | | Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83566 |
| | | Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83587 |
| 15 | | Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83683 |
| | | Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83692 |
| 16 | | Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 82296 |
| | | AIM/PM63 (AKM Type) 7.62 x 39 mm caliber machinegun, serial number SH2783 |
| 17 | | Ruger Model P-95, 9 mm pistol, serial number 314-34728 |
| | | Ruger Model P-95, 9 mm pistol, serial number 314-34729 |
| 18 | | Ruger Model P-95, 9 mm pistol, serial number 315-65178 |
| | | Ruger Model P-95, 9 mm pistol, serial number 315-65182 |
| 19 | | Ruger Model P-95, 9 mm pistol, serial number 315-63353 |
| | | Ruger Model P-95, 9 mm pistol, serial number 314-35165 |
| 20 | | Ruger Model P-95, 9 mm pistol, serial number 314-39389 |
| | | Ruger Model P-95, 9 mm pistol, serial number 315-64373 |
| 21 | | Glock Model 19, 9mm pistol, serial number GND176 |
| | | Sig Sauer, Model P220, .45 caliber pistol, serial number G369927 |
| 22 | | Star, Bonifacio Echeverria, Model Gold Setra 2002, 9mm pistol, serial number 60519 |
| | | Beretta, Pietro S.P.A., Model 92S, 9mm pistol, serial number X22657Z |
| 23 | | Astra, Model 800, 9mm pistol, serial number 830267, and |
| | (b) | any and all ammunition. |
| 24 | . . . | |
| 25 | . . . | |
| 26 | . . . | |

**Counts Five through Eight**:

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

(a)     Model AIM / PM63 (AKM-type), 7.62 x 39 mm caliber machinegun, serial number NU4956
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 981151
Izhevsk Model AKM, 7.62 x 39 mm caliber machinegun bearing number B1601
Model AKK (AK-47), 7.62 x 39 mm caliber machinegun, serial number KO 154011
Model AIMS/PM65 (AKM-type), 7.62 x 39 mm caliber machine gun, serial number AF2192
AKM-Type, 7.62 x 39 mm caliber machinegun, serial number UM-7313-05
Model Tabuk (AKM-Type), 7.62 x 39 mm caliber machinegun, serial number 8037669
Zastava Arms, Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number B-95917
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 842782
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 596085
Norinco Model 56-1 7.62 x 39 mm caliber machinegun, serial number 26022877
Tula Model AKM 7.62 x 39 mm caliber machinegun, serial number 597584
Zastava Arms Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number B-96106
Zastava Arms Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number 602379
Model PSL, 7.62 x 54R mm machinegun, serial number N-4250
PKM type 7.62 x 54R mm machinegun, serial number F-3452
Norinco Model 56 7.62 x 39 mm caliber machinegun, serial number 401731
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 598675
Enfield Model MP-5, 9 mm caliber machinegun, serial number C49892
Beretta Pietro S.P.A., Model 12S, 9 mm caliber machinegun, serial number F08191-80
CZ Model VZ58, 7.62 x 39 mm caliber machinegun, serial number U66335
Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83566
Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83587
Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83683
Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83692
Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 82296
AIM/PM63 (AKM Type) 7.62 x 39 mm caliber machinegun, serial number SH2783, and

(b)     any and all ammunition.

**Counts Nine through Thirteen**:

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

(a)     Ruger Model P-95, 9 mm pistol, serial number 314-38221
Ruger Model P-95, 9 mm pistol, serial number 315-58276

```
                Ruger Model P-95, 9 mm pistol, serial number 315-65017
                Ruger Model P-95, 9 mm pistol, serial number 314-39509
                Ruger Model P-95, 9 mm pistol, serial number 315-65022
                Ruger Model P-95, 9 mm pistol, serial number 314-34728
                Ruger Model P-95, 9 mm pistol, serial number 314-34729
                Ruger Model P-95, 9 mm pistol, serial number 315-65178
                Ruger Model P-95, 9 mm pistol, serial number 315-65182
                Ruger Model P-95, 9 mm pistol, serial number 315-63353
                Ruger Model P-95, 9 mm pistol, serial number 314-35165
                Ruger Model P-95, 9 mm pistol, serial number 314-39389
                Ruger Model P-95, 9 mm pistol, serial number 315-64373
                Glock Model 19, 9mm pistol, serial number GND176, and
       (b)      any and all ammunition.
```

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this __17th__ day of __December__, 2012.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following individuals were served with a copy of the Final Order of Forfeiture on December 14, 2012, by the below identified method of service:

<u>CM/ECF</u>:

| | |
|---|---|
| Todd M. Leventhal<br>Leventhal and Associates<br>600 South Third Street<br>Las Vegas, NV 89101<br>Email: todlev@yahoo.com<br>Counsel for Defendant Nicholas Bickle | George Allen Dale<br>Law Offices of G. Allen Dale, P.L.L.C.<br>575 7th Street, NW<br>Washington, DC 20004<br>Email: gallendale@aol.com<br>Counsel for Defendant Andrew Kaufman |
| Ben Nadig<br>520 South 4th Street<br>Las Vegas, NV 89101<br>Email: ben@lasvegasdefenselawfirm.com<br>Counsel for Defendant Andrew Kaufman | Shari L. Kaufman<br>Federal Public Defender<br>411 E Bonneville Suite 250<br>Las Vegas, NV 89101<br>Email: Shari_Kaufman@fd.org<br>Counsel for Defendant Richard Paul |

/s/ Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal